IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO PANETTA and FARRAH PANETTA, | No   C 09-0123 VRW |
| Plaintiffs, | ORDER |
| v | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, TD SERVICE CO, AMERICAN HOME MORTGAGE SERVICING, INC, AMERICAN BROKERS CONDUIT, AHMSI DEFAULT SERVICES, INC | |
| Defendants. | |

On January 30, 2009, defendants Mortgage Electronic Registration Systems, American Home Mortgage Servicing, and AHMSI Default Services filed a motion to dismiss plaintiffs' claims. Doc #4. Plaintiffs have not filed a response to the motion, and the deadline for doing so has passed.

Plaintiffs are ORDERED to SHOW CAUSE in writing on or before May 11, 2009 why defendants' motion to dismiss, Doc #4, should not be granted. Failure to respond to this order may result in dismissal of the entire action.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge