IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
CARLO PANETTA and FARRAH PANETTA,      No   C 09-0123 VRW

        Plaintiffs,                         ORDER

        v

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC, TD SERVICE CO,
AMERICAN HOME MORTGAGE SERVICING,
INC, AMERICAN BROKERS CONDUIT,
AHMSI DEFAULT SERVICES, INC

        Defendants.
                                       /
```

On January 30, 2009, defendants Mortgage Electronic Registration Systems, American Home Mortgage Servicing and AHMSI Default Services moved to dismiss plaintiffs' complaint.  Doc #4. Plaintiffs Carlo and Farrah Panetta did not file a memorandum in opposition or a statement of nonopposition to defendants' motion to dismiss by the applicable deadline.

On April 24, 2009 the court ordered plaintiffs to show cause not later than May 11, 2009 why defendants' motion to dismiss should not be granted.  Doc #10.  The court informed plaintiffs that failure to comply with the court's April 24 order would be

deemed grounds to dismiss the action.  The court-imposed deadline has passed, yet plaintiffs have not responded to the court's order.

Because plaintiffs have stated no opposition to defendants' motion to dismiss and have failed to comply with the court's order, plaintiffs' complaint is DISMISSED in its entirety. The clerk is DIRECTED to terminate all motions and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**